Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HAROLD DEXTER RUE, | No. CV 05-05336-SVW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| A. P. KANE, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 3/8/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE